

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2020

No. 04-19-00719-CR

Deuk Bok **CHA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 575753
The Honorable Helen P. Stowe, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to May 13, 2020.

It is so **ORDERED** on April 13, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court